UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA GLAZING, INC., an Alaska corporation; and MICHAEL E. MERRILL, an individual, <br><br> Defendants. | Case No. C24-662-RSM <br><br> MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On October 24, 2024, the Court granted Plaintiffs' Motion for Default Judgment and awarded Plaintiffs $3,711 in owed contributions, $1,293.39 in liquidated damages, $572.10 in pre-judgment interest, $6,184.80 in attorneys' fees, and $717.97 for costs, as well as post-judgment interest. Dkt. #19. The Court held Defendants Alaska Glazing and Michael Merrill jointly and severally liable for these amounts and ordered Defendants to submit a fringe benefit bond in the amount of $25,000. *Id*.

Defendants have not posted submitted this fringe benefit bond or otherwise responded since this Court's order on October 24, 2024. Therefore, the Court DIRECTS Defendants to submit the ordered fringe benefit bond of $25,000 no later than February 28, 2025.

//

MINUTE ORDER - 1

DATED this 29th day of January, 2025.

                                        RAVI SUBRAMANIAN, Clerk

                                        By:    /s/ Tajma Eaton
                                                   Deputy Clerk

MINUTE ORDER - 2